# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| James Allan Siegrist, | ) | |
| | ) | **ORDER DENYING MOTION** |
| Plaintiff, | ) | **TO COMPEL DISCOVERY** |
| | ) | |
| vs. | ) | |
| | ) | |
| United States, et. al., | ) | Case No. 1:13-cv-068 |
| | ) | |
| Defendants. | ) | |

Before the court is plaintiff's motion to compel discovery. This motion is premature for two reasons. First, any discovery is premature until the screening of plaintiff's complaint pursuant to 28 U.S.C. § 1915A has been completed and a determination has been made as to what claims plaintiff will be permitted to proceed with, if any. Second, a motion to compel can only brought after discovery has been served upon a defendant and the defendant has failed to comply with the discovery. See Fed. R. Civ. P. 37.

For these reasons, plaintiff's motion to compel discovery (Doc. No. 11) is **DENIED WITHOUT PREJUDICE**. However, the court observes that most (if not all) of the requested discovery goes to matters that are either irrelevant or frivolous, or both.

**IT IS SO ORDERED**.

Dated this 21st day of March, 2014.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge