# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| James Allan Siegrist, | ) | |
| | ) | **ORDER** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| United States, et. al., | ) | Case No. 1:13-cv-068 |
| | ) | |
| Defendants. | ) | |

On June 14, 2013, plaintiff filed a "PLRA packet" that contained what the court construes as plaintiff's complaint. The court **ORDERS** the Clerk's office to file plaintiff's complaint.

**IT IS SO ORDERED.**

Dated this 24th day of March, 2014.

>                             */s/ Charles S. Miller, Jr.*
>                             Charles S. Miller, Jr., Magistrate Judge
>                             United States District Court