**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | |
|---|---|
| James Allan Siegrist, a/k/a James Allan Robinson, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>United States of America, et. al., )<br>)<br>Defendants. ) | **REPORT AND RECOMMENDATION**<br><br>Case No. 1:13-cv-068 |

On April 22, 2014, the court issued an order directing plaintiff to "to file an amended complaint within forty-five (45) days from the date of this order that only includes those persons and claims that comply with Rule 20 of the Federal Rules of Civil Procedure, and that more clearly identifies the claims being brought and puts the named defendants on notice of the claims, as required by Rule 8 of the Federal Rules of Civil Procedure." (Docket No. 22). The court further advised that plaintiff's failure to file an amended complaint as directed could result in the dismissal of the entire action without prejudice.

More than forty-five (45) have lapsed since the court issues its directive and plaintiff have yet to file an amended complaint as directed by the court. The undersigned therefore **RECOMMENDS** that the above-entitled action be dismissed in its entirety without prejudice.

**NOTICE OF RIGHT TO FILE OBJECTIONS**

Pursuant to D.N.D. Civil L.R. 72.1(D)(3), any party may object to this recommendation within fourteen (14) days after being served with a copy of this Report and Recommendation. Failure to file appropriate objections may result in the recommended action being taken without

1

further notice or opportunity to respond.

Dated this 9th day of June, 2014.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court