# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| James Allan Siegrist, a/k/a James Allan Robinson, | ) ) ) | **ORDER ADOPTING REPORT** |
| Plaintiff, | ) ) | **AND RECOMMENDATION** |
| vs. | ) ) | |
| United States of America, et al., | ) ) | Case No. 1:13-cv-068 |
| Defendants. | ) | |

On June 14, 2013, the Plaintiff, James Allan Siegrist, initiated the above-entitled civil action by filing a PLRA packet which named several defendants, including: (1) the United States of America; (2) several federal prosecutors and judicial officers; (3) several state and federal governmental offices and agencies, including unnamed employees; and (4) all local, state, and federal "bar associations." See Docket No. 1. Pursuant to 28 U.S.C. § 1915A, Magistrate Judge Charles S. Miller, Jr. conducted an initial screening of the complaint and issued a Report and Recommendation on March 24, 2014. See Docket No. 20.

In the Report and Recommendation, Judge Miller recommended: (1) Siegrist be directed to file an amended complaint within forty-five (45) days that conforms with Rule 8 and Rule 20 of the Federal Rules of Civil Procedure; and (2) Siegrist be advised that if he fails to file an amended complaint complying with the requirements of Rule 8 and Rule 20 of the Federal Rules of Civil Procedure within the time period specified, the entire action will be dismissed without prejudice for failure to comply with the Court's order. See Docket No. 20, p. 16.

On April 22, 2014, the Court issued an order adopting Judge Miller's recommendation and directing Siegrist to:

> file an amended complaint within forty-five (45) days from the date of this order that only includes those persons and claims that comply with Rule 20 of the Federal

> Rules of Civil Procedure, and that more clearly identifies the claims being brought
> and puts the named defendants on notice of the claims, as required by Rule 8 of the
> Federal Rules of Civil Procedure.

See Docket No. 22, p. 4. The Court further advised Siegrist that failure to file an amended complaint in compliance with Rule 8 and Rule 20 of the Federal Rules of Civil Procedure may result in dismissal of the action without prejudice for failure to comply with the Court's order. See Docket No. 22, p. 5.

Siegrist did not file an amended complaint within forty-five (45) days from the date of the Court's order. On June 9, 2014, Judge Miller issued a Report and Recommendation. See Docket No. 23. In the Report and Recommendation, Judge Miller recommended the Court dismiss the action in its entirety without prejudice because Siegrist failed to file an amended complaint in compliance with the Court's directive. Neither party objected to the Report and Recommendation.

The Court has carefully reviewed the Report and Recommendation, the entire record, and the relevant law. The Court finds the Report and Recommendation to be persuasive. The Court **ADOPTS** the Report and Recommendation (Docket No. 23) in its entirety. The Court **ORDERS** the action be **DISMISSED WITHOUT PREJUDICE.**

**IT IS SO ORDERED.**

Dated this 31st day of July, 2014.

/s/   Daniel L. Hovland
Daniel L. Hovland, District Judge
United States District Court